## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

KELVIN JEFFERY FAIR,

      Plaintiff,

vs.                                                                  CASE NO. 5:07cv162/RS

SECRETARY OF DEPARTMENT OF
CORRECTIONS, et al,

      Defendants.

_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 5) and

Plaintiff's "Answer To Motion Notice Of Appeal" (Doc 6), which the court will consider as

objections.  I have reviewed Plaintiff's objections *de novo*.

    **IT IS ORDERED**:

    1.    The Magistrate Judge's Report and Recommendation is adopted and

        incorporated by reference in this Order.

    2.    This case is dismissed without prejudice pursuant to 28 U.S.C.

        §1915(e)(2)(B)(i).

    3.    The clerk is directed to close the file.

ORDERED on August 22, 2007.

                      /S/ Richard Smoak
                      **RICHARD SMOAK**
                      **UNITED STATES DISTRICT JUDGE**